UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE W. HARRY,  )<br>  )<br>    Plaintiff,  )<br>  vs.  )<br>  )<br>MICHAEL J. ASTRUE, Commissioner  )<br> of the Social Security Administration,  )<br>  )<br>    Defendant.  ) | 1:06-cv-1313-SEB-JMS |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Eddie W. Harry is not entitled to Disability Insurance Benefits based on his application filed on November 1, 2002, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 08/27/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Phillip V. Price
phillip@pvprice.net